# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBERT SCHUTTE,**

    **Plaintiff,**

**-vs-**                **Case No. 6:06-cv-291-Orl-18DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**  **APPLICATION TO PROCEED IN FORMA PAUPERIS (Doc. No. 2)**
>
> **FILED:**   March 7, 2006
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED** without prejudice.

    Plaintiff's application fails to report his last job or sources of subsistence. It is recommended that his application be denied without prejudice and that this action be dismissed if Plaintiff fails to refile an amended application containing this information within 11 days of any order adopting or approving this Report and Recommendation.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida this 9th day of March, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy