UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT SCHUTTE,

Plaintiff,

-vs-                                                    Case No.  6:06-cv-291-Orl-18DAB

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on plaintiff's Application to Proceed In Forma Pauperis (Doc. 2).  The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed by the plaintiff, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**.  The application is denied without prejudice and plaintiff is ordered to refile an amended application within eleven days of this order, otherwise this action will be dismissed.

It is **SO ORDERED** in Orlando, Florida, this _____ day of March, 2006.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge